## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA, <br> on behalf of plaintiff and the classes defined below, <br><br> Plaintiff, <br><br> vs. <br><br> THE LIFE INSURANCE CENTER, LLC, <br> CRUMP LIFE INSURANCE SERVICES, INC., <br> doing business as INSURENOW DIRECT; and <br> INSURANCEONLY, INC., <br><br> Defendants. | 16-cv-8091 <br> Honorable Judge Elaine Bucklo <br> Magistrate Sheila Finnegan |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Scott Dolemba hereby dismisses his individual and class claims against Defendant The Life Insurance Center, LLC without prejudice. The claims against the remaining defendants are not dismissed.

Respectfully submitted,

s/Michelle A. Alyea
Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Michelle A. Alyea, hereby certify that on November 11, 2016, a copy of the foregoing document was filed electronically using the Court's CM/ECF system which caused service via email notification to all counsel of record. I also certify that copy of the foregoing document was mailed via U.S. Mail to the following party:

INSURANCEONLY, INC.
c/o registered agent
Michael McDonnell
26 W. Dry Creek Circle, Suite 190
Littleton, Colorado 80120

                          s/Michelle A. Alyea
                          Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)